USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 98-2157

 UNITED STATES,

 Appellee,

 v.

 DAVID ANTHONY SMITH, a/k/a WAYNE JACKSON,

 Defendant, Appellant.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Mary M. Lisi, U.S. District Judge]

 Before

 Lynch, Circuit Judge,
 Bownes, Senior Circuit Judge,
 and Lipez, Circuit Judge.
 
 

 Albert B. West on brief for appellant.
 Margaret E. Curran, United States Attorney, and Ira Belkin,
Assistant United States Attorney, on brief for appellee.

March 17, 1999

 
 
 Per Curiam. Upon careful consideration of the briefs
 and record, we adhere to existing precedent and so conclude
 that the district court properly sentenced defendant in
 accordance with the applicable statute. 8 U.S.C. 1326(b)(2);
 United States v. Smith, 14 F.3d 662, 666 (1st Cir. 1994). 
 Affirmed. See 1st Cir. Loc. R. 27.1.